UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARK LAFFEY, et al.,

    Plaintiffs,

        – against –

EMMETT LAFFEY, et al.,

    Defendants.
----------------------------------------X

ORDER
13-CV-519 (JFB) (ARL)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 30 2013 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that the Court will consider plaintiffs' application for an order to show cause for a preliminary injunction and temporary restraining order tomorrow, January 31, 2013, at 11:00 a.m. in Courtroom 920, and will give defendants an opportunity to be heard on that request. Plaintiffs shall serve a copy of this order, as well as the complaint and other submissions, by close of business today.

                              SO ORDERED.

                              JOSEPH F. BIANCO
                              UNITED STATES DISTRICT JUDGE

Dated: January 30, 2013
       Central Islip, New York