Blodnick Fazio & Associates PC

Edward K. Blodnick, Esq.
Thomas R. Fazio, Esq.

Paul A. Lanni, Esq.
Steven R. Talan, Esq.
Jessica M. Mannix, Esq.
Jonathan J. Arzt, Esq.
Jessica A. Gould, Esq.

Deborah J. Mazzola, Practice Administrator

Dana J. Finkelstein, Esq., Of Counsel

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2013 ★
LONG ISLAND OFFICE

February 1, 2013

VIA HAND DELIVERY

Hon. Joseph F. Bianco, USDJ
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: Laffey, *et. al.*, v. Laffey, *et. al.*, 13CV519 (JFB)(ARL)

Your Honor:

Our office represents the Plaintiffs in this action.

We write, pursuant to the Court's direction on January 31, 2013, to advise that the Plaintiffs hereby consent to the unsealing of this action.

This letter has not been filed on ECF. Defendants have not yet formally appeared in this action and are in the process of being served.

Respectfully submitted,

BLODNICK FAZIO & ASSOCIATES, P.C.

by: [signature]
Steven R. Talan (ST5353)
STalan@blodnickfaziolaw.com

Request granted.

SO ORDERED.

J. F. Bianco
USDJ
Feb. 4 2013
Central Islip, N.Y