UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
――――――――――――――――――――――――――X

MARK LAFFEY, PHILIP LAFFEY, U.S. 1 LAFFEY
REAL ESTATE CORP. d/b/a LAFFEY FINE HOMES,
LAFFEY ASSOCIATES, LLC, eREALTY TITLE
AGENCY CORP., TCG GROUP, INC., 55 NORTHERN
BLVD., LLC, US 1 LAFFEY REAL ESTATE OF
BROOKVILLE, INC., US 1 LAFFEY REAL ESTATE OF
NEW HYDE PARK, INC. and GREENVALE COLONIAL
HOUSE, LLC,

             Plaintiffs,

  -against-

EMMETT LAFFEY, GREGORY BERKOWITZ,
JOHN SCHOONMAKER, SCOTT CONLON,

       the "Ringleader Defendants",
  -and-

LAFFEY FINE HOMES INTERNATIONAL LLC, US 1
LAFFEY OF WILLISTON PARK, INC.,

       the "Enterprise Defendants",
  -and-

KAREN BERKOWITZ LAFFEY, DEE DEE BRIX, MARIA
BABAEV, NATALIE McCRAY, REGINA ROGERS, JOE
PIMENTA, JIMMY TUBBS, SONNY DeCLARA, LISA
CERRETA, CARA BUSTO, IRINA PASHINSKY, DORA
ZELYAKOVSKY, PETER MORRIS, CHRISTOPHER HEIN,
ELAINE LUPO, JOHN DOE No. 1, JOHN DOE No. 2, and
JOHN DOE No. 3,

     the "Conspiring Individual Defendants",

  -and-

QUONTIC BANK, THE ROSLYN SAVINGS BANK, A
DIVISION OF NEW YORK COMMUNITY BANK,
GREATER JERICHO CORP., MULTIPLE LISTING
SERVICE OF LONG ISLAND, INC., WHERETOLIVE.COM
INC., LINCOLN LAND SERVICES, LLC, and SIGNATURE
PROPERTIES OF HUNTINGTON, LLC a/k/a SIGNATURE
PREMIER PROPERTIES,

     the "Conspiring Corporate Defendants".
――――――――――――――――――――――――――X

**NOTICE OF SPECIAL
APPEARANCE AND
REQUEST FOR NOTICES
AND SERVICE OF PAPERS**

Civil Action No. CV-13-519

Judge Assigned:
Hon. Joseph F. Bianco

Magistrate Judge
Hon. Arlene Lindsay

PLEASE TAKE NOTICE, that the law firm of DOLLINGER, GONSKI & GROSSMAN, hereby makes a special appearance as attorneys for Emmett Laffey, Karen Berkowitz Laffey, Laffey Fine Homes International, LLC, and US 1 Laffey of Williston Park, LLC. In accordance with the Federal Rules of Civil Procedure, and the Local Rules of this Court, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served as follows:

> DOLLINGER, GONSKI & GROSSMAN
> One Old Country Road, Suite 102
> P. O. Box 9010
> Carle Place, New York 11514-9010
> Tel. (516) 747-1010
> Fax. (516) 747-2494
> Email: dggny@dgglaw.com

PLEASE TAKE FURTHER NOTICE, that under the Federal Rules of Civil Procedure, and the Local Rules of this Court, the undersigned demands service of any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, plan, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interests of any of the parties hereto.

Dated: Carle Place, New York
February 11, 2013

DOLLINGER, GONSKI & GROSSMAN
Attorneys for Defendants, Emmett Laffey, Karen Berkowitz
Laffey, Laffey Fine Homes International, LLC and US 1 Laffey
of Williston Park, LLC

By: _____
MATTHEW DOLLINGER (0647)
One Old Country Road, Suite 102
P.O. Box 9010
Carle Place, New York 11514-9010
(516) 747-1010

TO:     Edward K. Blodnick, Esq.    at <u>eblodnick@blodnickfaziolaw.com</u>
         Thomas R. Fazio, Esq.       at <u>tfazio@blodnickfaziolaw.com</u>
         Steven R. Talan, Esq.        at <u>stalan@blodnickfaziolalw.com</u>
         Blodnick, Fazio & Associates, PC
         Attorneys for Plaintiffs