# DOLLINGER, GONSKI & GROSSMAN

ATTORNEYS AND COUNSELLORS AT LAW

ONE OLD COUNTRY ROAD

SUITE 102

P.O. BOX 9010

CARLE PLACE, NEW YORK 11514-9010

(516) 747-1010

FAX (516) 747-2494

MATTHEW DOLLINGER*
DENNIS M. GONSKI**
FLOYD G. GROSSMAN
MICHAEL J. SPITHOGIANNIS†

LESLIE A. FOODIM
JESSICA M. SEIDMAN†
ALICIA B. DEVINS
JOSHUA N. KRELLEN†
NADINE G. CITRON
JAMES D. SPITHOGIANNIS

* NEW YORK AND FLORIDA BAR
** NEW YORK, NEW JERSEY AND PENNSYLVANIA BAR
† NEW YORK AND NEW JERSEY BAR
∆ RETIRED JUSTICE OF THE SUPREME COURT OF THE STATE OF NEW YORK

JOSEPH GOLDSTEIN∆
JOYCE S. DOLLINGER*
COUNSEL

February 15, 2013

**Via Federal Express**
Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Mark Laffey, Philip Laffey, U.S. 1 Laffey Real Estate Corp. d/b/a Laffey Fine Homes, Laffey Associates, LLC, eRealty Title Agency Corp., TCG Group, Inc., 55 Northern Blvd., LLC, US 1 Laffey Real Estate of Brookville, Inc., US 1 Laffey Real Estate of New Hyde Park, Inc. and Greenvale Colonial House, LLC,
                              Plaintiffs,
-against-
Emmett Laffey, Gregory Berkowitz, John Schoonmaker, Scott Conlon,
                              the "Ringleader Defendants"
and
Laffey Fine Homes International LLC,
US 1 Laffey of Williston Park, Inc.,
                              the "Enterprise Defendants",
and
Karen Berkowitz Laffey, Dee Dee Brix, Maria Babaev, Natalie McCray, Regina Rogers, Joe Pimenta, Jimmy Tubbs, Sonny DeClara, Lisa Cerreta, Cara Busto, Irina Pashinsky, Dora Zelyakovsky, Peter Morris, Christopher Hein, Elaine Lupo, John Doe No. 1, John Doe No. 2, and John Doe No. 3,
                              the "Conspiring Individual Defendants"
and
Quontic Bank, the Roslyn Savings Bank, a Division of New York Community Bank, Greater Jericho Corp., Multiple Listing Service of Long Island, Inc., Wheretolive.com Inc., Lincoln Land Services, LLC, and Signature Properties of Huntington, LLC a/k/a Signature Premier Properties,
                              the "Conspiring Corporate Defendants"
Civil Action No. CV 13 519
**Our File No. 10,911**

DOLLINGER, GONSKI & GROSSMAN
ATTORNEYS AND COUNSELLORS AT LAW

Page 2
February 15, 2013

Dear Judge Bianco:

  Our office represents the Defendants, Emmett Laffey, Karen Berkowitz Laffey, Laffey Fine Homes International, LLC and US 1 Laffey of Williston Park, Inc., in connection with the above-captioned action.

  On February 11, 2013, we served and filed our opposition to the Plaintiffs' preliminary-injunction motion.

  We are writing for permission to add an exhibit to our opposition. We propose to submit the attached Operating Committee Meeting minutes to the Certification of Matthew Dollinger, dated February 11, 2013, as opposition exhibit NN at page 20, paragraph 64, after the sentence, "Because the Class Action was related to the joint venture, there was [sic] discussions between the joint-venture partners."

  These documents were not available to us until after our opposition had been filed.

  This letter is marked "courtesy copy" and also indicates that the originals were filed with the Court electronically.

  Thank you for your consideration.

Respectfully,

Michael J. Spithogiannis

MD:ls
Enclosure
10911Bianco.ltr4.wpd
**Tracking No. 7947 5821 7410**

cc: **Via Federal Express**
  Thomas R. Fazio, Esq.
  Blodnick, Fazio & Associates P.C.
  1325 Franklin Avenue, Suite 555
  Garden City, New York 11530
  **Tracking No. 7947 5828 0170**