US DISTRICT COURT EASTERN DIST OF NY

MARK LAFFEY, PHILIP LAFFEY, U.S. 1 LAFFEY REAL ESTATE CORP DBA LAFFEY FINE HOMES ETC

*Plaintiff*

vs

EMMETT LAFFEY, GREGORY BERKOWITZ, JOHN SCHOONMAKER SCOTT CONLON ETC

*Defendant*

N
INDEX #: CV 13/519
DATE FILED:
Job #: 401369
Court Date: Time:

BLODNICK FAZIO & ASSOC.

1325 FRANKLIN AVE STE 555
GARDEN CITY, NY 11530

CLIENT'S FILE NO.:

**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, Jeffrey Wittenberg, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 1/30/2013 at 12:31pm at 55 NORTHERN BLVD, GREENVALE, NY 11548 deponent served the within ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING NOTICE, MEMO OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE

by personally delivering to and leaving with said EMMETT LAFFEY a true copy thereof. At their usual place of business within the State of New York.and that deponent knew the person so served to be the person described as said recipient therein.

A description of the person served is as follows:

**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: Over 6', **Sex**: Male, **Approx Skin**: White, **Approx Hair**: Brown
**Other**:

Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone the military and receved a negative reply. Defendant wore ordinary civilian clothes and no military uniform.The source of my information and the grounds of my belief are the conversations and observations above narrated.Upon information and belief i aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the state or federal statutes.

Sworn to before me on 1/31/2013
MAUREEN SCAROLA #01SC6127636
NASSAU County, Commission Expires 05/31/13

Jeffrey Wittenberg
1311808

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 - (516) 825-7600 FAX (516) 568-0812