# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED ON: 1/29/2013   INDEX NO.: CV-13-518

MARK LAFFEY, PHILIP LAFFEY, U.S. 1 LAFFEY REAL ESTATE CORP. d/b/a LAFFEY FINE HOMES, LAFFEY ASSOCIATES, LLC., eREALTY TITLE AGENCY CORP., TCG GROUP, INC., 55 NORTHERN BLVD., LLC, US 1 LAFFEY REAL ESTATE OF BROOKVILLE, INC., US 1 LAFFEY REAL ESTATE OF NEW HYDE PARK, INC., and GREENVALE COLONIAL HOUSE, LLC   Plaintiff(s)-Petitioner(s)

-vs-

EMMETT LAFFEY; et al.   Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA  ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On FEBRUARY 6, 2013   at 2:25 PM
Deponent served a true copy of **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION and TEMPORARY RESTRAINING ORDER, ORDER, AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION and TEMPORARY RESTRAINING ORDER and EXHIBITS**

bearing index number: CV-13-518   and date of filing: 1/29/2013
upon **US 1 LAFFEY OF WILLISTON PARK, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

**PERSONAL**
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**
☒ By delivering and leaving with} **CHAD MATICE, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under 306 BCL . Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on    . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __ first class mail __ certified mail __ registered mail __ return receipt requested. Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: MALE   Race/Skin Color: WHITE   Hair Color: BLACK
Approximate Age: 35 years   Approximate Height: 6'1"   Approximate Weight: 225 pounds
Other:

Subscribed and sworn before me on} FEBRUARY 6, 2013

_____
Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2013

Mark E. McClosky
Deponent
**NATIONWIDE LEGAL SERVICES, LLC**
POST OFFICE BOX 180
BURNT HILLS, NEW YORK 12027
(518) 399-3059

NLS #: 12-54726
Affidavit #: 13-869   FIRM FILE #