| | |
|---|---|
| MARK LAFFEY, PHILIP LAFFEY, U.S. 1 LAFFEY REAL ESTATE CORP DBA LAFFEY FINE HOMES, ETC | N<br>INDEX #: CV 13 519<br>DATE FILED:<br>Job #: 401692<br>Court Date: 2/27/2013 Time: 4:00PM |
| vs.                                                           *Plaintiff* | BLODNICK FAZIO & ASSOC. |
| EMMETT LAFFEY, GREGORY BERKOWITZ, JOHN SCHOONMAKER ETC | 1325 FRANKLIN AVE STE 555<br>GARDEN CITY, NY 11530 |
| *Defendant* | |

CLIENT'S FILE NO.: **AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

SAMUEL BERG, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 2/8/2013 at 1:30pm at 191 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 deponent served the within ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER on KAREN BERKOWITZ LAFFEY therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with "John Doe" Co-worker a person of suitable age and discretion at 191 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 2/8/2013 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 191 HILLSIDE AVENUE, WILLISTON PARK, NY 11596

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Approx Skin**: Brown, **Approx Hair**: Black

**Other**:

Deponent spoke to "John Doe"-Co-worker
confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 2/8/2013
MAUREEN SCAROLA #01SC6127636
NASSAU County, Commission Expires 05/31/13

SAMUEL BERG
0869984

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600 Fax (516) 568-0812*