```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MARK LAFFEY, PHILIP LAFFEY,
U.S.1 LAFFEY REAL ESTATE CORP. d/b/a
LAFFEY FINE HOMES, LAFFEY ASSOCIATES, LLC,
eREALTY TITLE AGENCY CORP.,                                 CV 13-  0519
TCG GROUP, INC., 55 NORTHERN BLVD., LLC,
US 1 LAFFEY REAL ESTATE OF BROOKVILLE, INC.,                NOTICE OF
US 1 LAFFEY REAL ESTATE OF NEW HYDE                         DISMISSAL
PARK INC., and GREENVALE COLONIAL HOUSE, LLC,
                                                            (JFB)(ARL)
                        Plaintiffs,

        -against-

EMMETT LAFFEY, GREGORY BERKOWITZ,
JOHN SCHOONMAKER, SCOTT CONLON,

                the "Ringleader Defendants",
and

LAFFEY FINE HOMES INTERNATIONAL, LLC,
US 1 LAFFEY OF WILLISTON PARK, INC.,

                the "Enterprise Defendants",
and

KAREN BERKOWITZ LAFFEY,
DEE DEE BRIX, MARIA BABAEV,
NATALIE McCRAY, REGINA ROGERS,
JOE PIMENTA, JIMMY TUBBS,
SONNY DeCLARA, LISA CERRETA,
CARA BUSTO, IRINA PASHINSKY
DORA ZELYAKOVSKY, PETER MORRIS,
CHRISTOPHER HEIN, ELAINE LUPO,
JOHN DOE No. 1,
JOHN DOE No. 2, and
JOHN DOE No. 3,

                the "Conspiring Individual Defendants",
and

QUONTIC BANK,
THE ROSLYN SAVINGS BANK, A DIVISION OF
NEW YORK COMMUNITY BANK,
GREATER JERICHO CORP., MULTIPLE LISTING
SERVICE OF LONG ISLAND, INC.,
WHERETOLIVE.COM INC.,
LINCOLN LAND SERVICES, LLC, and
SIGNATURE PROPERTIES OF
HUNTINGTON, LLC a/k/a SIGNATURE
PREMIER PROPERTIES,

                the "Conspiring Corporate Defendants".
--------------------------------------------------------------------------X
```

**TO DEFENDANTS AND ALL ATTORNEYS OF RECORD:**

**TAKE NOTICE THAT** Plaintiffs, MARK LAFFEY, PHILIP LAFFEY, U.S.1 LAFFEY REAL ESTATE CORP. d/b/a LAFFEY FINE HOMES, LAFFEY ASSOCIATES, LLC, eREALTY TITLE AGENCY CORP., TCG GROUP, INC., 55 NORTHERN BLVD., LLC, US 1 LAFFEY REAL ESTATE OF BROOKVILLE, INC., US 1 LAFFEY REAL ESTATE OF NEW HYDE PARK INC., and GREENVALE COLONIAL HOUSE, LLC, by their undersigned counsel, hereby give notice, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, of the voluntary dismissal of the above entitled action as to all Defendants who have not answered Plaintiffs' complaint. This dismissal is without prejudice. No prior dismissal in this Court or any other Court of the United States has been sought by the Plaintiffs herein. With respect to the Defendants Regina Rogers and Multiple Listing Service of Long Island, Inc., who have interposed an answer to the Plaintiffs' complaint, Stipulations of Discontinuance have been filed with this Court.

Dated: May 23, 2013

                                          HARRIS BEACH PLLC
                                          *Attorneys for Plaintiffs*

By: _____
       William J. Garry, Esq.
       333 Earle Ovington Blvd., Suite 901
       Uniondale, New York 11553
       (516) 880-8490

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, a true and correct copy of Plaintiffs' Notice of Dismissal was filed electronically through the ECF system and notice of this filing will be sent by e-mail to all parties who have filed Notices of Appearance upon the following attorneys:

Matthew Dollinger, Esq.
Dollinger, Gonski & Grossman
*Attorneys for Defendants Emmett Laffey, Laffey Fine Homes International LLC, US 1 Laffey of Williston Park, Inc. and Karen Berkowitz Laffey*
One Old Country Road, Suite 102
Carle Place, NY 11514
Email: dgglaw@dggny.com

Michael J. Spithogiannis, Esq.
Dollinger, Gonski & Grossman
*Attorneys for Defendants Emmett Laffey, Laffey Fine Homes International LLC, US 1 Laffey of Williston Park, Inc. and Karen Berkowitz Laffey*
One Old Country Road, Suite 102
Carle Place, NY 11514
Email: dgglaw@dggny.com

Philip L. Curcio, Esq.
Law Offices of Philip L. Curcio
*Attorneys for Defendants Gregory Berkowitz, John Schoonmaker, Scott Conlon, Dee Dee Brix, Natalie McCray, Joe Pimenta, Jimmy Tubbs, Sonny DeClara, Lisa Cerreta, Cara Busto and Elaine Lupo*
445 Broadhollow Rd, Suite 200
Melville, NY 11747
Email: pcurcio@juno.com

Marc J. Kanter, Esq.
Law Office of Marc J. Kanter
*Attorneys for Defendant Maria Babaev*
151 W Carver Street
Huntington, NY 11743
Email: mjk@kanteratty.com

Andrew Matthew Lieb, Esq.
Lieb at Law, P.C.
*Attorneys for Defendant Regina Rogers*
376a Main Street
Center Moriches, NY 11934

Jennifer R. Ridha, Esq.
*Attorneys for Defendant Irina Pashinsky*
530 East 23rd Street, Apt. 5h
New York, NY 10010
Email: jennifer@ridhapc.com

Peter Metis, Esq.
Schnaufer & Metis, LLP
*Attorneys for Defendant Quontic Bank*
280 North Central Avenue, Suite 200
Hartsdale, NY 10530
Email: pmetis@sm-law.net

Peter P. MacKinnon, Esq.
Humes & Wagner, LLP
*Attorneys for Defendant Greater Jericho Corp.*
147 Forest Avenue
Locust Valley, NY 11560
Email: pmackinnon@humeswagner.com

Rory McEvoy, Esq.
Edwards Wildman Palmer, LLP
*Attorneys for Defendant Wheretolive.com*
750 Lexington Avenue
New York, NY 10022
Email: rmcevoy@edwardswildman.com

Julie Lynn Sauer, Esq.
Edwards Engell Palmer & Dodge
*Attorneys for Defendant Wheretolive.com*
750 Lexington Avenue
New York, NY 10022
Email: jsauer@eapdlaw.com

_____
William J. Garry, Esq.